**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Fitzgerald BELLAMY, a/k/a Gerald Bellamy, Defendant–Appellant.**

**No. 09–6518.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 2, 2009.

James Fitzgerald Bellamy, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Fitzgerald Bellamy appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Bellamy*, No. 5:99–cr–00071–RLV–1 (W.D.N.C. Mar. 17, 2009). We deny Bellamy's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*